**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

JENNIFER LYNN CHENEY,

Defendant.

Case No. 2:25-mj-00447-BNW

**ORDER**

IT IS ORDERED that the Status Conference currently scheduled for August 19, 2026, at 9:30 a.m. is vacated and continued to December 2, 2026 at 9 : 30 a.m.

DATED this 17th day of August, 2026.

UNITED STATES MAGISTRATE JUDGE